UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  NO: 10-20309

v.                                       HON. SEAN F. COX
                                       United States District Judge

D-2 TRAVIS DESHAWN GALLOWAY,

        Defendant.
_____/

## ORDER FOR CONTINUANCE

At the status conference held on October 1, 2010, the parties jointly moved for a continuance of this matter and the court being otherwise fully advised;

IT IS HEREBY ORDERED that the parties' motion is granted and the dates in this matter are reset as follows:

**Final Pretrial Conference/Guilty Plea Hearing: October 29, 2010, at 4:00 p.m. at the United States Courthouse, Flint, Michigan;**

Dated: October 6, 2010        S/ Sean F. Cox
                                    Sean F. Cox
                                    United States District Court Judge

---

## PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on October 6, 2010.

                                          s/Jennifer Hernandez
                                          Case Manager to
                                          District Judge Sean F. Cox